IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL,

       Plaintiff,                   No. CIV S-09-2241 KJM

  vs.

SKYLINE HOMES,

       Defendant.                <u>ORDER</u>

_____/

        The parties have stipulated to the court's Voluntary Dispute Resolution Program. Accordingly, IT IS HEREBY ORDERED that this action is referred to the Voluntary Dispute Resolution Program ("VDRP"). The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

DATED: October 5, 2009.

006
mitchell.vdrp

                                  U.S. MAGISTRATE JUDGE

1