IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL,

          Plaintiff,               No. CIV S-09-2241 KJM

    vs.

SKYLINE HOMES,

          Defendant.         <u>ORDER</u>

_____/

         This matter came on for status conference on May 26, 2010.  Shana Scarlett appeared for plaintiff and Dan Kelly appear for defendant.  Upon review of the status reports, upon discussion with counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

         1.  No later than June 4, 2010, a stipulated amended complaint or motion to amend shall be filed.

         2.  Initial disclosures shall be made no later than July 16, 2010.

         3.  A further status conference is set for July 21, 2010 at 10:00 a.m. in courtroom no. 26.  Status reports shall be filed no later than July 14, 2010.

DATED:  June 3, 2010.

006 mitchell.oas

U.S. MAGISTRATE JUDGE