IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.

      Plaintiffs,                  No. CIV S-09-2241 KJM

    vs.

SKYLINE HOMES,

      Defendant.                ORDER

_____/

        This matter came on for status conference on October 13, 2010.  Shana Scarlett appeared for plaintiffs and Dan Kelly appeared for defendant.  Upon review of the joint status report, upon discussion with counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. No later than January 28, 2011, the parties shall  file a joint status report regarding the litigation status of the case.

        2. Discovery pertaining to class issues shall be completed by May 4, 2011.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.  This order does not preclude the parties from conducting discovery related to the merits during this time period.

/////

...

3. Any motion for class certification shall be filed no later than July 13, 2011.

DATED: October 13, 2010.

_____
U.S. MAGISTRATE JUDGE

006
mitchell2.oas