IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.,

    Plaintiffs,                    No. CIV S-09-2241 KJM

    vs.

SKYLINE HOMES,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff's motion to compel production of documents came on regularly for hearing November 3, 2010. Shana Scarlett appeared for plaintiffs and Dan Kelly appear for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        The motion to compel (docket no. 68) is granted in part. Within fourteen days from the date of this order, defendant shall provide the names and addresses of purchasers of defendant's manufactured homes and date of purchase, for the time period from 1997 to the present. The discovery produced under this order shall be subject to the protective order previously entered in this action on October 19, 2010.

DATED: November 3, 2010.

_____
U.S. MAGISTRATE JUDGE

006 mitchell4.oah

1