Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, DAWN WRIGHT AND JERRY WRIGHT, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLINE HOMES, INC.,<br><br>Defendant. | No. 2:09-CV-02241-GGH (TEMP)<br><br>STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER CASE DEADLINES<br><br><br>ACTION FILED: June 29, 2009 |

010153-11  436468 V1

WHEREAS Plaintiffs filed the complaint in this action on June 29, 2009;

WHEREAS on June 4, 2010, Plaintiffs filed their Second Amended Complaint;

WHEREAS on September 24, 2010, Judge Mueller granted in part and denied in part the motion to dismiss;

WHEREAS on October 12, 2010, Skyline Homes, Inc. ("Skyline") filed its answer to the Second Amended Complaint, and on December 3, 2010, filed its amended answer to the Second Amended Complaint;

WHEREAS on October 13, 2010, the parties held a status conference before Judge Mueller, wherein the Defendant represented that it would have completed its production of documents in response to Plaintiffs' requests by November 19, 2010;

WHEREAS in an order dated October 14, 2010, Judge Mueller ordered that discovery pertaining to class issues shall be completed by May 4, 2011, and any motion for class certification shall be filed no later than July 13, 2011;

WHEREAS Plaintiffs agreed to the class certification deadlines based on Defendant's representation that it would have completed its production of documents by November 19, 2010, but after discussions between the parties and further motion practice, Defendant is still currently producing documents responsive to Plaintiffs' requests for production of documents;

WHEREAS the parties continue to cooperate in the production of discovery, including Defendant's responses to multiple sets of requests for production of documents, special interrogatories, requests for admission and depositions of Defendant's employees pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS Plaintiffs have served subpoenas on three third-parties, including the manufacturer of the siding involved in the design defect alleged in this class action, and are still negotiating the production of documents from these third-parties;

WHEREAS Defendant recently served voluminous discovery on March 15, 2011, and March 25, 2011, including 55 interrogatories, 28 requests for production of documents, and 103 requests for admission on Plaintiffs as well as two separate demands for inspection of Plaintiffs' homes;

WHEREAS the parties agree that a motion for class certification would be premature at this time while discovery from both the parties and third-parties remains outstanding;

WHEREAS pursuant to Federal Rule of Civil Procedure 6(b) and subject to approval by the Court, the parties stipulate to an extension of time on the close of discovery relating to class certification and the filing of Plaintiffs' motion for class certification for 90 days; and

WHEREAS Plaintiffs have not previously requested any extension of the schedule or other case related deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and counsel for Defendant, subject to the approval of the Court that the existing scheduling order shall be modified as follows:

| Event | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| Close of class certification discovery | May 4, 2011 | August 2, 2011 |
| Motion for class certification | July 13, 2011 | October 11, 2011 |

Dated:  April 5, 2011                HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Shana E. Scarlett_____
        SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

STIP. AND [PROP.] ORD. RE CLASS CERT. SCHEDULE –    - 2 -
Case No. 2:09-CV-02241-GGH (TEMP)
010153-11  436468 V1

|   |   |
|---|---|
| | Steve W. Berman (*Pro Hac Vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |
| | |
| | Eugene P. Haydu (136174) |
| | LAW OFFICE OF EUGENE P. HAYDU |
| | 965 University Avenue, Suite 222 |
| | Sacramento, CA 95825-6736 |
| | Telephone: (916) 437-1650 |
| | Facsimile: (916) 437-1655 |
| | gene@haydulaw.com |
| | |
| | Craig G. McIntosh, Esq. (37596) |
| | LAW OFFICE OF CRAIG G. MCINTOSH |
| | 3017 Douglas Boulevard, Suite 300 |
| | Roseville, CA 95661 |
| | Telephone: (916) 788-7225 |
| | Facsimile: (916) 988-6961 |
| | cgm@rcjp.com |
| | |
| | Attorneys for Plaintiffs |
| Dated: April 5, 2011 | TUCKER ELLIS & WEST LLP |
| | |
| | By   /s/ Daniel J. Kelly |
| | (as authorized on April 5, 2011) |
| | DANIEL J. KELLY |
| | |
| | Sara K. Beede (258425) |
| | 135 Main Street, Ste. 700 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 617.2400 |
| | Facsimile: (415) 617.2409 |
| | Daniel.kelly@tuckerellis.com |
| | Sara.beede@tuckerellis.com |
| | |
| | Attorneys for Defendant Skyline Homes, Inc. |

   IT IS SO ORDERED.

DATED:   April 14, 2011        /s/ Gregory G. Hollows
                               MAGISTRATE JUDGE GREGORY G. HOLLOWS
                               UNITED STATES DISTRICT COURT MAGISTRATE

STIP. AND [PROP.] ORD. RE CLASS CERT. SCHEDULE –    - 3 -
Case No. 2:09-CV-02241-GGH (TEMP)
010153-11  436468 V1