IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.,

    Plaintiffs,                    No. CIV S-09-2241 GGH (TEMP)

    vs.

SKYLINE HOMES,

    Defendant.                  ORDER

_____/

        Defendant's motions for protective order regarding Rule 30(b)(6) depositions and plaintiffs' motion for sanctions came on regularly for hearing June 16, 2011. Shana Scarlett appeared for plaintiffs and Matthew Kaplan appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. The motions for protective order (dkt. nos. 88, 89) are denied. Within fifteen days, defendant shall designate the person or persons who shall be deposed pursuant to the Rule 30(b)(6) depositions previously noticed for May 23 and May 24, 2011. Said depositions shall be completed within forty-five days and shall take place in the locale of residence of the deponent(s) absent stipulation of the parties. The deponent(s) shall be prepared to testify on the areas designated. See International Association of Machinists and Aerospace Workers v. Werner-

1  Masuda, 390 F.Supp.2d 479, 487 (D. Md. 2005).  This order does not preclude making
2  objections at the depositions which are properly predicated on privilege.  See Fed. R. Civ. P.
3  30(c)(2).
4            2.  The court will defer ruling on plaintiffs' motion for sanctions (dkt. no. 90) at
5  this time.  Upon completion of the depositions referenced in paragraph one supra, plaintiffs may
6  file a letter brief, limited to three pages, on the sanctions issue;[1] within seven days thereafter,
7  defendant may file a reply letter brief, limited to three pages.  The matter shall thereafter stand
8  submitted.
9  DATED: June 27, 2011

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

12  mitchell2.ggh.oah

---

[1] If at that time, plaintiffs wish to drop the sanctions matter, then the letter brief should so state.

2