Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, DAWN WRIGHT AND JERRY WRIGHT, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLINE HOMES, INC.,<br><br>Defendant. | No. 2:09-CV-02241-GGH (TEMP)<br><br>STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER CASE DEADLINES<br><br>ACTION FILED: June 29, 2009 |

010153-11  456003 V1

1   WHEREAS Plaintiffs filed the complaint in this action on June 29, 2009;

2   WHEREAS on June 4, 2010, Plaintiffs filed their Second Amended Complaint;

3   WHEREAS on September 24, 2010, Judge Mueller granted in part and denied in part the motion to dismiss;

4   WHEREAS on October 12, 2010, Skyline Homes, Inc. ("Skyline") filed its answer to the Second Amended Complaint, and on December 3, 2010, filed its amended answer to the Second Amended Complaint;

5   WHEREAS on October 13, 2010, the parties held a status conference before Judge Mueller, wherein the Defendant represented that it would have completed its production of documents in response to Plaintiffs' initial document production requests by November 19, 2010;

6   WHEREAS Plaintiffs agreed to the class certification deadlines based on Defendant's representation that it would have completed its initial production of documents by November 19, 2010;

7   WHEREAS after motion practice, on June 16, 2011, this Court ordered that Defendant produce certain Rule 30(b)(6) witnesses for depositions within 45 days, or by August 1, 2011,;

8   WHEREAS the current close of discovery for issues related to class certification is August 2, 2011;

9   WHEREAS pursuant to Federal Rule of Civil Procedure 6(b) and subject to approval by the Court, the parties stipulate to an extension of time on the close of discovery relating to class certification and the last day for filing of Plaintiffs' motion for class certification for 90 days; and

10  WHEREAS the parties previously requested any extension of the schedule on April 5, 2011, and it was approved by this Court on April 18, 2011;

11  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and counsel for Defendant, subject to the approval of the Court that the existing scheduling order shall be modified as follows:

- 1 -

STIP. AND [PROP.] ORD. RE CLASS CERT. SCHEDULE –
Case No. 2:09-cv-02241-GGH (TEMP)

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Close of class certification discovery | August 2, 2011 | October 11, 2011 |
| Motion for class certification | October 11, 2011 | December 20, 2011 |

Dated:  June 27, 2011                    HAGENS BERMAN SOBOL SHAPIRO LLP


                                         By          /s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT

                                         Jeff D. Friedman (173886)
                                         715 Hearst Avenue, Suite 202
                                         Berkeley, CA 94710
                                         Telephone: (510) 725-3000
                                         Facsimile:  (510) 725-3001
                                         jefff@hbsslaw.com
                                         shanas@hbsslaw.com

                                         Steve W. Berman (*Pro Hac Vice*)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         1918 Eighth Avenue, Suite 3300
                                         Seattle, WA 98101
                                         Telephone: (206) 623-7292
                                         Facsimile:  (206) 623-0594
                                         steve@hbsslaw.com

                                         Eugene P. Haydu (136174)
                                         LAW OFFICE OF EUGENE P. HAYDU
                                         965 University Avenue, Suite 222
                                         Sacramento, CA 95825-6736
                                         Telephone: (916) 437-1650
                                         Facsimile:  (916) 437-1655
                                         gene@haydulaw.com

                                         Craig G. McIntosh, Esq. (37596)
                                         LAW OFFICE OF CRAIG G. MCINTOSH
                                         3017 Douglas Boulevard, Suite 300
                                         Roseville, CA 95661
                                         Telephone: (916) 788-7225
                                         Facsimile:  (916) 988-6961
                                         cgm@rcjp.com

                                         Attorneys for Plaintiffs

STIP. AND [PROP.] ORD. RE CLASS CERT. SCHEDULE –         - 2 -
Case No. 2:09-CV-02241-GGH (TEMP)
 010153-11  456003 V1

| | |
|---|---|
| Dated:  June 27, 2011 | TUCKER ELLIS & WEST LLP |
| | By     /s/ Samantha Tisdale<br>    (as authorized on June 27, 2011)<br>SAMANTHA TISDALE |
| | Matthew I. Kaplan (177242)<br>515 South Flower Street, Forty-Second Floor<br>Los Angeles, California 90071-2223<br>Telephone: (213) 430-3220<br>Facsimile: (213) 430-3409<br>matthew.kaplan@tuckerellis.com<br>samantha.tisdale@tuckerellis.com |
| | Daniel J. Kelly<br>Sara K. Beede (258425)<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Ste. 700<br>San Francisco, CA 94105<br>Telephone:  (415) 617.2400<br>Facsimile:  (415) 617.2409<br>Daniel.kelly@tuckerellis.com<br>Sara.beede@tuckerellis.com |
| | Attorneys for Defendant<br>Skyline Homes, Inc. |

IT IS SO ORDERED.

DATED:  July, 1, 2011     s/s Gregory G. Hollows
MAGISTRATE JUDGE GREGORY G. HOLLOWS
UNITED STATES DISTRICT COURT MAGISTRATE

STIP. AND [PROP.] ORD. RE CLASS CERT. SCHEDULE –     - 3 -
Case No. 2:09-CV-02241-GGH (TEMP)
010153-11  456003 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                /s/ Shana E. Scarlett
                                                SHANA E. SCARLETT