IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL,

    Plaintiff,                    No. CIV S-09-2241 CKD

    vs.

SKYLINE HOMES,

    Defendant.                  ORDER

_____/

        Calendared for hearing on September 28, 2011 is defendant's motion for leave to file a third party complaint. The proposed third party defendant has requested leave to file opposition and to appear at the hearing. Good cause appearing, the request (dkt. no. 132) is granted.

Dated: September 20, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
mitchell.tpc

1