IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.,

    Plaintiffs,                    No. CIV S-09-2241 CKD

    vs.

SKYLINE HOMES,

    Defendant.                    ORDER

_____/

    Plaintiff has filed an ex parte application for extension of time to comply with the court's September 29, 2011 order directing plaintiff to submit documents for <u>in camera</u> review. Good cause appearing, IT IS HEREBY ORDERED that opposition, if any, to the ex parte application shall be filed no later than October 12, 2011.

Dated: October 6, 2011

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

4
mitchell8.ckd.exparte

1