IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.,

    Plaintiffs,          No. CIV S-09-2241 CKD

    vs.

SKYLINE HOMES,

    Defendant.          <u>ORDER</u>

_____/

        Plaintiffs' motion for sanctions (dkt. no. 90) is pending before the court. Plaintiff seeks monetary sanctions against defendant in the amount of $1,317.90 for the costs of a court reporter for a Rule 30(b)(6) deposition. Ruling on the issue of sanctions was deferred pending completion of Rule 30(b)(6) depositions ordered by the court. (Dkt. no. 110). The parties have now filed letter briefs addressing the request for sanctions. Upon review of the letter briefs, the court finds that an award of sanctions is not warranted.

        Accordingly, IT IS HEREBY ORDERED that the motion for sanctions (dkt. no. 90) is denied.

Dated: November 2, 2011

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

4 -  mitchell10.san

1