1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9    CHRISTINA MITCHELL, et al.,

10            Plaintiffs,                    No. CIV S-09-2241 CKD

11        vs.

12   SKYLINE HOMES,

13            Defendant.                     ORDER

14   _____/

15           Defendant has noticed for hearing on December 7, 2011 a motion to preserve the

16   confidentiality of a document submitted by plaintiff in connection with a motion for sanctions.

17   Upon review of the notice of motion, and good cause appearing, IT IS HEREBY ORDERED

18   that:

19           1.  The hearing on defendant's motion (dkt. no. 158) is vacated.

20           2.  No later than November 30, 2011, the parties shall file a joint letter brief on the

21   issues raised in defendant's motion as provided under paragraph 5 of the order filed September

22   29, 2011 (dkt. no. 142).  The matter shall thereafter stand submitted.

23    Dated: November 14, 2011

24

25                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

26   4 - mitchell10.sub

                                              1