IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL, et al.,

    Plaintiffs,                    No. CIV S-09-2241 CKD

    vs.

SKYLINE HOMES,

    Defendant.                  <u>ORDER</u>

_____/

        Defendant has noticed for hearing on December 7, 2011 a motion to preserve the confidentiality of a document submitted by plaintiff in connection with a motion for sanctions. Upon review of the notice of motion, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The hearing on defendant's motion (dkt. no. 158) is vacated.

        2. No later than November 30, 2011, the parties shall file a joint letter brief on the issues raised in defendant's motion as provided under paragraph 5 of the order filed September 29, 2011 (dkt. no. 142). The matter shall thereafter stand submitted.

Dated: November 14, 2011

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

4 - mitchell10.sub

1