IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MITCHELL,

      Plaintiff,                             No. CIV S-09-2241 CKD

   vs.

SKYLINE HOMES,

      Defendant.                           ORDER

_____/

        The parties have filed status reports. Defendant's status report states the parties have stipulated to continuance of the hearing on plaintiffs' motion to dismiss and motion for attorneys fees. Plaintiffs indicate that they intend to file a motion to remand. Good cause appearing, THE COURT SETS THE FOLLOWING BRIEFING SCHEDULE:

        1. Plaintiffs shall file a motion to remand, if any, no later than January 10, 2012.

        2. Opposition to plaintiffs' motion to dismiss, plaintiffs' motion for attorney fees, and plaintiffs' motion to remand shall be filed no later than January 30, 2012.

        3. Reply, if any, shall be filed no later than February 6, 2012.

////

////

////

1      4. Hearing on the pending motions (dkt. nos. 179, 182) and motion to remand is
2 set for February 22, 2012 at 10:00 a.m. in courtroom no. 26.

3  Dated: January 4, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mitchell.brf

2