UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, DAWN WRIGHT AND JERRY WRIGHT, Individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>SKYLINE HOMES, INC.,<br><br>         Defendant. | No. 2:09-CV-02241-CKD<br><br>ORDER GRANTING HAGENS BERMAN SOBOL SHAPIRO LLP'S REQUEST TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF CHRISTINA MITCHELL<br><br>ACTION FILED: June 29, 2009 |

010153-11 504775 V2

1  This matter comes before the Court on Hagens Berman Sobol Shapiro LLP's Request to

2  Withdraw as Counsel of Record for Plaintiff Christina Mitchell ("Request").

3  Upon consideration of the Request and the papers submitted in support IT IS HEREBY

4  ORDERED that Hagens Berman Sobol Shapiro LLP's Request is GRANTED.  Hagens Berman is

5  withdrawn as counsel of record for Plaintiff Christina Mitchell.

6  IT IS SO ORDERED.

7

8  DATED:  2/29/2012         __/s/ Carolyn K. Delaney_____
            HONORABLE CAROLYN K. DELANEY
            UNITED STATES MAGISTRATE JUDGE

9  Submitted by:

10  Dated:  February 27, 2011

11

12  HAGENS BERMAN SOBOL SHAPIRO LLP

13

14  By      /s/ Shana E. Scarlett
          SHANA E. SCARLETT

15

16  Jeff D. Friedman (173886)
    715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
17  Telephone: (510) 725-3000
    Facsimile:  (510) 725-3001
18  jefff@hbsslaw.com
    shanas@hbsslaw.com

19  HAGENS BERMAN SOBOL SHAPIRO LLP
20  Steve W. Berman (*Pro Hac Vice*)
    1918 Eighth Avenue, Suite 3300
21  Seattle, WA  98101
    Telephone: (206) 623-7292
22  Facsimile: (206) 623-0594
    steve@hbsslaw.com

23  *Attorneys for Plaintiffs Dawn and Jerry Wright*

24

25

26

27

28

[PROP.] ORDER GRANTING HAGENS BERMAN'S        - 1 -
REQUEST TO WITHDRAW AS COUNSEL OF RECORD
– No. 2:09-CV-02241-CKD
010153-11 504775 V2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                /s/ Shana E. Scarlett
                                                SHANA E. SCARLETT