1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| CHRISTINA MITCHELL, DAWN WRIGHT AND JERRY WRIGHT, Individually and on behalf of all others similarly situated, | ) ) ) | No. 2:09-CV-02241-CKD |
| | ) | ORDER GRANTING  HAGENS BERMAN SOBOL SHAPIRO LLP'S |
| Plaintiffs, | ) ) | REQUEST TO WITHDRAW AS COUNSEL OF RECORD FOR |
| v. | ) ) | PLAINTIFF CHRISTINA MITCHELL |
| SKYLINE HOMES, INC., | ) ) | |
| Defendant. | ) ) | ACTION FILED: June 29, 2009 |

010153-11  504775 V2

1   This matter comes before the Court on Hagens Berman Sobol Shapiro LLP's Request to

2   Withdraw as Counsel of Record for Plaintiff Christina Mitchell ("Request").

3   Upon consideration of the Request and the papers submitted in support IT IS HEREBY

4   ORDERED that Hagens Berman Sobol Shapiro LLP's Request is GRANTED.  Hagens Berman is

5   withdrawn as counsel of record for Plaintiff Christina Mitchell.

6   IT IS SO ORDERED.

DATED:  2/29/2012          __/s/ Carolyn K. Delaney_____
                           HONORABLE CAROLYN K. DELANEY
                           UNITED STATES MAGISTRATE JUDGE

Submitted by:

Dated:  February 27, 2011


HAGENS BERMAN SOBOL SHAPIRO LLP



By_____/s/ Shana E. Scarlett_____
        SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*Pro Hac Vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs Dawn and Jerry Wright*

[PROP.] ORDER GRANTING HAGENS BERMAN'S           - 1 -
REQUEST TO WITHDRAW AS COUNSEL OF RECORD
– No. 2:09-CV-02241-CKD
010153-11 504775 V2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                            /s/ Shana E. Scarlett
                                           SHANA E. SCARLETT