TUCKER ELLIS LLP
Daniel J. Kelly SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street
Suite 700
San Francisco, CA 94105
Telephone:     415.617.2400
Facsimile:      415.617.2409

Attorneys for Defendant
SKYLINE HOMES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MITCHELL<br><br>Plaintiff,<br><br>v.<br><br>SKYLINE HOMES, INC., et al.<br><br>Defendants. | Case No. 2:09-cv-02241-CKD [CONSENT]<br><br>**STIPULATION AND ORDER EXTENDING THE EXPERT DISCOVERY COMPLETION DATE** |

Plaintiff Christina Mitchell and defendant Skyline Homes, Inc., through their respective attorneys of record, hereby stipulate and agree that good cause exists to extend the deadline for the completion of expert depositions from May 9, 2012 to **June 15, 2012**.

The parties are actively discussing settlement of the action and will be fully prepared for the settlement conference with Magistrate Judge Dale A. Drozd on May 10, 2012.  The parties have disclosed expert witnesses and provided information with respect to their opinions and reports, where required.  Extending the deadline for completion of expert depositions will assist in the resolution of the case by allowing the parties more flexibility in scheduling and deferring the costs of deposition until after completion of the settlement conference and the hearing on defendant's motion for summary judgment.  The parties have agreed that the motion may be electronically filed and served on May 2, 2012 (with a courtesy copy mailed to counsel) and set for hearing on May 30, 2012.

///

The parties hereby jointly request that the deadline for the completion of expert depositions be continued to June 15, 2012.  This requested continuance will not affect the scheduling of the May 10, 2012 settlement conference, the June 27, 2012 pretrial conference, or the July 16, 2012 trial date.

IT IS SO STIPULATED

DATED:  April 26, 2012                    LAW OFFICE OF EUGENE P. HAYDU

By:   */s/   Eugene P. Haydu*
Eugene P. Haydu
Attorneys for Plaintiff
CHRISTINA MITCHELL

DATED:  April 26, 2012                    LAW OFFICES OF CRAIG G. MCINTOSH

By:   */s/   Craig G. McIntosh*
Craig G. McIntosh
Attorneys for Plaintiff
CHRISTINA MITCHELL

DATED:  April 30, 2012                    TUCKER ELLIS LLP

By:   */s/   Daniel J. Kelly*
Daniel J. Kelly
Attorneys for Defendant
SKYLINE HOMES, INC.

## ORDER

The court, having considered the stipulation of the parties and good cause appearing, hereby orders that expert depositions shall be completed by **June 15, 2012**.

Dated: April 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE