TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
SKYLINE HOMES, INC.

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

CHRISTINA MITCHELL,

Plaintiff,,

v.

SKYLINE HOMES, INC., et al.,

Defendants.

Case No. 2:09-cv-02241-CKD [CONSENT]

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

[F.R.C.P., Rule 41(a)(1)]

Pursuant to the settlement agreement placed on the record on May 10, 2012, the parties hereby stipulate in accordance with F.R.C.P., Rule 41(a)(1) that the entire action be dismissed with prejudice. Each party to bear its own fees and costs.

DATED: June 13, 2012

LAW OFFICE OF EUGENE P. HAYDU

By: ______________________
Eugene P. Haydu
Attorneys for Plaintiff
CHRISTINA MITCHELL

DATED: June 13, 2012

TUCKER ELLIS LLP

By: ______________________
Daniel J. Kelly
Attorneys for Defendant
SKYLINE HOMES, INC.

Re: *Christina Mitchell v. Skyline Homes, Inc. et al.*
Eastern District of California, Sacramento Division, Case No. 2:09-CV-02241-GGH(TEMP)

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Civ.R. 5(b). I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 965 University Avenue, Suite 222, Sacramento, California 95825-6736.

On June 13, 2012 the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California who have consented to electronic service shall constitute service of the filed document to all such parties. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail or on the parties listed on the attached SERVICE LIST as follows:

☒ **FIRST CLASS MAIL**. By depositing a sealed envelope in the United States mail at Sacramento, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.

☐ **FACSIMILE** By facsimile transmission to the following party(ies) at the facsimile number(s) indicated. I caused a facsimile machine transmission from 916.437.1655 to the facsimile number(s) listed with the below-stated addressee(s) by faxing a copy of the above-referenced document(s) to the addressee(s) at the number(s) set forth beneath the addressee's(s') address. At the completion of the transmission, a Transmission Report was generated, confirming transmission and receipt between the hours of 9:00 a.m. and 5:00 p.m.

☐ **COURIER**. By depositing a sealed envelope and delivering to the courier, with all charges fully prepaid, a copy thereof to the addressee(s) listed herein, at the locations listed herein.

☐ **VIA OVERNIGHT COURIER**. By Federal Express on the parties in said action by delivery to Federal Express, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service.

☐ **PERSONAL SERVICE**. By personally delivering a true copy thereof to the addressee(s) listed herein, at the location(s) listed herein.

Re: *Christina Mitchell v. Skyline Homes, Inc. et al.*
Eastern District of California, Sacramento Division, Case No. 2:09-CV-02241-GGH(TEMP)

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on June 13, 2012 at Sacramento, California.

Andrea C. Stoll

**SERVICE LIST**

Daniel J. Kelly, Esq.
Tucker Ellis & West, LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Email: daniel.kelly@tuckerellis.com
Tel: 415.617.2400
Fax: 415.617.2409

**Counsel for Defendant**
**Skyline Homes, Inc.**

Jeffrey D. Friedman, Esq.
HAGENS BERMAN SOBOL & SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Email: jefff@hbsslaw.com
Tel: 510.725.3000
Fax: 510.725.3001

**Co-Counsel for Plaintiff**
**Christina Mitchell**

Craig G. McIntosh, Esq.
Law Office of Craig G. McIntosh
3017 Douglas Boulevard, Suite 300
Roseville, CA 95661
Email: cpm@pacbell.net
Tel: 916.788.7225
Fax: 916.988.6961

**Co-Counsel for Plaintiff**
**Christina Mitchell**